

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYONE WOODS, | No. CV 07-7197 GW (CW) |
|     Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
|     v. | |
| SALAZAR, | |
|     Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted, with the following change on page 3, line 21: "Respondent" is substituted for "Petitioner"; and (2) that Respondent's motion to dismiss (docket no. 15, filed August 28, 2008) be denied.

**IT IS FURTHER ORDERED** that this order be served on the parties.

DATED: July 24, 2009

GEORGE H. WU
United States District Judge