**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYONE WOODS, a.k.a. WOOD MATTHEWS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN SALAZAR,<br><br>　　　　Respondent. | No. CV 07-7197-GW(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Second Report and Recommendation of the United States Magistrate Judge and all objections thereto.  The court has made a de novo determination with respect to those portions of the Second Report and Recommendation to which objection has been made.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 42, filed February 4, 2011) be granted; and (3) that judgment be entered dismissing the

1

petition with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: August 4, 2011

_____
GEORGE H. WU
United States District Judge