**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BYONE WOODS, a.k.a. WOOD MATTHEWS, | ) ) ) | No. CV 07-7197-GW(CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN SALAZAR, | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed with prejudice.

DATED: August 4, 2011

_____
GEORGE H. WU
United States District Judge